RENSSELAER B. WINCHELL, Respondent, *v.* THE KNICKER-BOCKER ICE COMPANY, Appellant.

(Argued April 10, 1879 ; decided April 25, 1879.)

*Samuel Hand* for appellant.

*John Sherwood* for respondent.

AGREE to affirm without opinion.
All concur, except EARL, J., dissenting, and DANFORTH, J., not voting.
Judgment affirmed.

---

BENJAMIN A. WHITEMAN, Respondent, *v.* FRANK LESLIE, Appellant.

(Argued April 17, 1879 ; decided April 25, 1879.)

*Thomas Darlington* for appellant.

*John D. Townsend* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.